IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 05-cv-02642-RPM

COVERALL NORTH AMERICA, INC.

    Plaintiff,

v.

ACADEMY PARK HOSPITALITY, LLC.,

    Defendant.

_____

### ORDER FOR ENTRY OF JUDGMENT
_____

    Pursuant to the plaintiff's amended motion for default judgment, filed March 23, 2006, with attachments, the hearing held on September 1, 2006 and the declaration of Peter Sheldon, filed September 6, 2006, with attached exhibits, the Court finds and concludes that the defendant Academy Park Hospitality, LLC owes the plaintiff Coverall North America, Inc. $107,945.00 for services provided under the Lodging Services Contract, a copy of which is attached to the complaint, together with $7,484.88 for products and supplies which the defendant failed to return to the plaintiff together with $6,141.85 in attorney's fees and costs for collection by this action and that under this Court's jurisdiction provided by 28 U.S.C. § 1332 and with the defendant having been duly served and its failure to appear and defend this action, it is

    ORDERED, that judgment will enter for the plaintiff and against the defendant in the total amount of $121,571.73.

    DATED: September 11th, 2006

                                      BY THE COURT:

                                      s/ Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge